IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        **Plaintiff,**<br><br>    v.<br><br>PAUL Z. SINGER and SINGER FINANCIAL CORP.,<br><br>        **Defendants.** | Civil Action No. 17-cv-5053 |

### SATISFACTION OF THE MONETARY PROVISIONS OF THE FINAL JUDGMENT AGAINST DEFENDANTS

  Plaintiff, the United States Securities and Exchange Commission (hereinafter "SEC") hereby acknowledges payment by defendants Paul Z. Singer and Singer Financial Corp. (collectively, "Defendants") of a civil penalty in accordance with Section IV of the Final Judgment entered by the Court on July 24, 2018 (Dkt. No. 27) ("Final Judgment"), and satisfaction their disgorgement obligation in accordance with Sections III, IV and V of the Final Judgment. These actions constitute satisfaction of only the monetary provisions of the Final Judgment against Defendants. All other provisions of, and relief granted by, the Final Judgment remain in effect.

Dated: October 6, 2022          Respectfully submitted,

                        /s/ *Karen M. Klotz*
                         Karen M. Klotz (PA 88171)
                         Attorney for Plaintiff
                         U.S. Securities and Exchange Commission
                         1617 JFK Blvd., Suite 520
                         Philadelphia, PA 19103
                         Telephone: (215) 597-3100
                         Facsimile: (215) 597-2740